Delores KONCHALSKI (now known as Delores Williams), as Guardian of Teri Lynn Konchalski, Petitioner–Appellant,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 01–5135.

United States Court of Appeals, Federal Circuit.

March 21, 2002.

Before MICHEL, GAJARSA, and DYK, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.